UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PELCO, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br>　v.<br><br>CRIMINAL ACTIVITY SURVEILLANCE, LLC a Delaware Company,<br><br>　　　　Defendant. | Case No. 1:13-cv-00266-AWI -GSA<br><br>**ORDER ON PLAINTIFF PELCO, INC.'S REQUEST TO SEAL DOCUMENTS** |

Now pending before the Court is Plaintiff's Request to Seal Documents in Support of Pelco, Inc.'s Response to Defendant Criminal Activity Surveillance, LLC's Motion to Dismiss or, in the Alternative, to Transfer. See Document 16. The documents covered by the request were served on Defendant by e-mail pursuant to Local Rule 141(b). Defendant has not opposed the request. Having reviewed the Request and finding good cause shown, IT IS HEREBY ORDERED that the following documents shall be sealed: Pelco's Response to Defendant Criminal Activity, LLC's Motion to Dismiss, or in the Alternative, To Transfer and the following exhibits thereto:

- Exhibit A – Defendants' Motion To Dismiss for Lack of Subject Matter Jurisdiction (originally filed under seal);
- Exhibit B – Plaintiff Criminal Activity Surveillance, LLC's Response in Opposition to Defendants' Motion To Dismiss for Lack of Subject Matter Jurisdiction (originally filed under seal);
- Exhibit C – Declaration of Patricia Y. Ho in Support of Plaintiff Criminal Activity Surveillance, LLC's Response in Opposition to Defendants' Motion To Dismiss for Lack of Subject Matter Jurisdiction (originally filed under seal);
- Exhibit D – Declaration of Elijah Chancelor in Support of Plaintiff Criminal Activity Surveillance, LLC's Response in Opposition to

Defendants' Motion To Dismiss for Lack of Subject Matter Jurisdiction (originally filed under seal);

- Exhibit E – Declaration of Clayton J. Haynes in Support of Plaintiff Criminal Activity Surveillance, LLC's Response in Opposition to Defendants' Motion To Dismiss for Lack of Subject Matter Jurisdiction (originally filed under seal);
- Exhibit F – Defendants' Corrected Reply in Support of Their Motion To Dismiss for Lack of Subject Matter Jurisdiction (originally filed under seal);
- Exhibit G – Plaintiff Criminal Activity Surveillance, LLC's Sur-Reply in Further Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (originally filed under seal);
- Exhibit J – Pelco, Inc.'s Motion to Transfer Venue to the Eastern District of California Pursuant to 28 U.S.C. §1404(a) (originally filed under seal);
- Exhibit K – Declaration of Stephen M. Geissler in Support of Defendant Pelco, Inc.'s Motion to Transfer (originally filed under seal);
- Exhibit L – Criminal Activity Surveillance , LLC's Response in Opposition to Pelco, Inc.'s Motion to Transfer Venue to the Eastern District of California Pursuant to 28 U.S.C. §1404(a) (originally filed under seal);
- Exhibit O – Pelco, Inc.'s Reply Brief in Support of Its Motion To Transfer Venue to the Eastern District of California Pursuant to 28 U.S.C. §1404(a) (originally filed under seal);
- Exhibit P – Criminal Activity Surveillance , LLC's Sur-Reply in Further Opposition to Pelco, Inc.'s Motion to Transfer Venue to the Eastern District of California Pursuant to 28 U.S.C. §1404(a) (originally filed under seal).

**ORDER**

IT IS SO ORDERED.

Dated:   March 21, 2013                                    _____

                                                                              SENIOR DISTRICT JUDGE