IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PELCO, INC., a Delaware corporation,<br><br>  Plaintiff,<br>v.<br><br>CRIMINAL ACTIVITY SURVEILLANCE, LLC, a Delaware company,<br><br>  Defendant. | 1:13-cv-266 AWI GSA<br><br>VACATING APRIL 1, 2013 HEARING AND DENYING MOTION AS MOOT<br><br>(Doc. No. 13) |

Currently set for hearing and decision on April 1, 2013, is Defendant's motion to dismiss or alternatively motion to transfer to the Eastern District of Texas. On March 25, 2013, defendant filed a withdrawal of its motion to dismiss. In light the withdrawal, the Court will vacate the April 1 hearing date and deny Defendant's motion as moot.

Therefore, IT IS HEREBY ORDERED that, in light of Defendant's withdrawal of its motion, the previously set hearing date of April 1, 2013, is VACATED and the motion to dismiss is DENIED as moot.

IT IS SO ORDERED.

Dated:   March 26, 2013

_____
SENIOR DISTRICT JUDGE