David A. Makman (California State Bar No. 178195)
Robert C. Matz (California State Bar No. 217822)
Makman & Matz LLP
655 Mariner's Island Blvd., Suite 306
San Mateo, CA 94404
Telephone: (650) 242-1560
Facsimile: (650) 242-1547
E-mail: david@makmanmatz.com
E-mail: robert@makmanmatz.com

Robert R. Brunelli (*pro hac vice*)
rbrunelli@sheridanross.com
Patricia Y. Ho (*pro hac vice*)
pho@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202-5141
Telephone: (303) 863-9700
Facsimile: (303) 863-0223

Attorneys for Defendant Criminal Activity Surveillance, LLC

FILED
MAY 9 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| PELCO, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRIMINAL ACTIVITY SURVEILLANCE, LLC, a Delaware company,<br><br>Defendant. | CASE NO. 1:13-CV-00266-AWI-GSA<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Anthony W. Ishii |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Pelco, Inc. and Defendant Criminal Activity Surveillance, LLC, stipulate and agree to dismiss Plaintiff's claims asserted in the above-captioned action WITH PREJUDICE, each party to bear its own fees and costs. No

answer or other response has been served by Defendant Criminal Activity Surveillance, LLC prior to the filing of this Stipulated Dismissal.

Dated: May 8, 2013

| | |
|---|---|
| /s/   *Benjamin J. Bradford* | /s/   *David A. Makman* |
| Terrance J. Truax (*pro hac vice*) | Robert R. Brunelli (*pro hac vice*) |
| ttruax@jenner.com | rbrunelli@sheridanross.com |
| Benjamin J. Bradford (*pro hac vice*) | Patricia Y. Ho (*pro hac vice)* |
| bbradford@jenner.com | pho@sheridanross.com |
| JENNER & BLOCK LLP | SHERIDAN ROSS P.C. |
| 353 N. Clark Street | 1560 Broadway, Suite 1200 |
| Chicago, Illinois 60654 | Denver, Colorado 80202 |
| Telephone: (312) 222-9350 | Telephone: (303) 863-9700 |
| | Facsimile: (303) 863-0223 |
| Brent Caslin (SBN 198682) | Email: *litigation@sheridanross.com* |
| bcaslin@jenner.com | |
| JENNER & BLOCK LLP | David A. Makman (SBN 178195) |
| 633 West 5th Street, Suite 3500 | *david@makmanmatz.com* |
| Los Angeles, California 90071 | Robert C. Matz (SBN 217822) |
| Telephone: (213) 239-5100 | *robert@makmanmatz.com* |
| Facsimile: (213) 239-5199 | Makman & Matz LLP |
| | Telephone: (650) 242-1560 |
| Attorneys for Plaintiff Pelco, Inc. | Facsimile: (650) 242-1547 |
| | |
| | Attorneys for Defendant Criminal Activity Surveillance, LLC |

It is so Ordered. Dated: 5-9-13

_____
United States District Judge

CASE NO. 1:13-cv-00266-AWI-GSA      2     STIPULATED DISMISSAL WITH PREJUDICE
2196826.1

## ATTESTATION OF SIGNATURE

I, David A. Makman, am the ECF User whose ID and password were used to electronically file this Stipulation. I hereby attest that counsel for Pelco, Inc. concur in this filing.

Dated: March, 25, 2013

By: /s/*David A. Makman*

David A. Makman
Robert C. Matz
Makman & Matz LLP

Attorneys for Defendant

Criminal Activity Surveillance, LLC

CASE NO. 1:13-cv-00266-AWI-GSA    3    STIPULATED DISMISSAL WITH PREJUDICE

2196826.1